Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-11-00248-CR

Ernest Rincon **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CR-1235
Honorable Maria Teresa Herr, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed: June 1, 2011

DISMISSED

The trial court signed a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal" and "defendant has waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). Rule 25.2(d) provides, "The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). Accordingly, on April 19, 2011, this court issued an order stating this appeal would be dismissed pursuant to Rule 25.2(d) unless

an amended trial court certification that shows defendant has the right of appeal was made part of the appellate record.  *See Daniels v. State*,110 S.W.3d 174 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1.

On May 13, 2011, defendant's appellate counsel filed a letter stating "this court has no choice but to dismiss the appeal."  In light of the record presented, we agree with defendant's counsel that Rule 25.2(d) requires this court to dismiss this appeal.  Accordingly, this appeal is dismissed.

PER CURIAM

Do not publish